1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, State Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Blvd, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendants
11 FIDELITY NATIONAL TITLE INSURANCE COMPANY and
   FIDELITY NATIONAL TITLE GROUP, INC.
12
   DESIGNATED LOCAL COUNSEL FOR SERVICE OF
13 PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

14 Gary L. Compton, State Bar No. 1652
   2950 E. Flamingo Road, Suite L
15 Las Vegas, Nevada 89121

16                **UNITED STATES DISTRICT COURT**

17                     **DISTRICT OF NEVADA**

| 18 | WELLS FARGO BANK, N.A., | Case No.: 2:20-CV-02155-RFB-BNW |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| 20 | vs. | |
| 21 | FIDELITY NATIONAL TITLE GROUP, INC. et al., | **(FIRST REQUEST)** |
| 22 | | |
| 23 | Defendants. | |

24       COMES NOW defendants Fidelity National Title Insurance Company ("Fidelity") and

25 Fidelity National Title Group, Inc. ("FNTG") and plaintiff Wells Fargo Bank N.A. ("Wells

26 Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as

27 follows:

28



1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

1. On December 1, 2020, Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On December 1, 2020, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On December 7, 2020, Wells Fargo served its complaint on Fidelity;

4. Fidelity's response to the complaint is currently due on December 28, 2020;

5. On December 14, 2020, Wells Fargo served its complaint on FNTG;

6. FNTG's response to the complaint is currently due on January 4, 2021;

7. Defendants request an extension until Wednesday, January 27, 2021 to respond to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

8. Counsel for Wells Fargo does not oppose the requested extension;

9. This is the first request for an extension made by Defendants, which is made in good faith and not for the purposes of delay.

10. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' deadline to respond to the complaint is hereby extended through and including January 27, 2021.

Dated:  December 16, 2020                SINCLAIR BRAUN LLP


By:  /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE INSURANCE
    COMPANY and FIDELITY NATIONAL
    TITLE GROUP, INC.

Dated:  December 16, 2020                WRIGHT FINLAY & ZAK, LLP


By:  /s/-Lindsay D. Robbins
    LINDSAY D. ROBBINS
    Attorneys for Plaintiff
    WELLS FARGO BANK, N.A.

ORDER

**IT IS SO ORDERED**

**DATED:**  4:36 pm, December 22, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

