Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., F/K/A NORWEST BANK MINNESOTA, N.A. SOLELY A TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENT II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1,<br><br>              Plaintiff,<br><br>      vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>              Defendants. | Case No.: 2:20-cv-02155-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**<br><br>**(First Request)** |



Defendant Fidelity National Title Insurance Company ("Fidelity") and Plaintiff Wells Fargo Bank, N.A. Successor by Merger to Wells Fargo Bank of Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A. solely as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1's ("Wells Fargo") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 23, 2020, Wells Fargo filed its Complaint in the Eighth Judicial District Court, Case No. A-20-825298-C [ECF No. 1-1];
2. On November 23, 2020, Fidelity filed a Petition for Removal to this Court [ECF No. 1];
3. On December 3, 2020, Wells Fargo filed a Motion for Remand [ECF Nos. 8];
4. On December 3, 2020, Wells Fargo filed a Motion for Costs and Fees [ECF Nos. 9];
5. Fidelity's deadline to respond to Wells Fargo's Motion for Remand and Motion for Costs and Fees is currently December 17, 2020;
6. Fidelity's counsel is requesting an extension until Thursday, December 31, 2020, to file its response to the pending Motion for Remand and Motion for Costs and Fees;
7. Fidelity requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Fidelity additional time to respond to the legal arguments set forth in Wells Fargo's motions;
8. Wells Fargo does not oppose the requested extension;
9. This is the first request for an extension which is made in good faith and not for purposes of delay;

///
///
///
///
///
///

1

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

590222.1

**IT IS SO STIPULATED** that Fidelity's deadline to respond to Wells Fargo's Motion for Remand [ECF No. 8] and Motion for Costs and Fees [ECF No. 9] is hereby extended through and including December 31, 2020.

Dated:  December 16, 2020           EARLY SULLIVAN WRIGHT
                                     GIZER & McRAE LLP

                                    By:  /s/-- Sophia S. Lau
                                        SCOTT E. GIZER
                                        SOPHIA S. LAU
                                        Attorneys for Defendant FIDELITY
                                        NATIONAL TITLE INSURANCE
                                        COMPANY

Dated:  December 16, 2020           SINCLAIR BRAUN LLP

                                    By:  /s/-Kevin S. Sinclair
                                        KEVIN S. SINCLAIR
                                        Attorneys for Defendant FIDELITY
                                        NATIONAL TITLE INSURANCE
                                        COMPANY

Dated:  December 16, 2020           WRIGHT FINLAY & ZAK, LLP

                                    By:  /s/-Darren T. Brenner
                                        DARREN T. BRENNER
                                        Attorneys for Plaintiff WELLS FARGO
                                        BANK, N.A.

**IT IS SO ORDERED:**

Dated: December 28, 2020.

_____
RICHARD E. BOULWARE, II
United States District Court



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**
590222.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                        */s/ D'Metria Bolden*

                        D'METRIA BOLDEN
                        An Employee of EARLY SULLIVAN
                        WRIGHT GIZER & McRAE LLP