1 | Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2 | Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3 | EARLY SULLIVAN WRIGHT
       GIZER & McRAE LLP
4 | 8716 Spanish Ridge Avenue, Suite 105
   | Las Vegas, Nevada 89148
5 | Telephone:  (702) 331-7593
   | Facsimile:  (702) 331-1652

Kevin S. Sinclair, State Bar Number 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE INSURANCE COMPANY and
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>                    Defendants. | Case No.: 2:20-CV-02155-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**<br><br>**(SECOND REQUEST)** |

Defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank N.A. ("Wells Fargo") hereby agree and stipulate as follows:

1.      On November 23, 2020, Wells Fargo filed its Complaint in the Eighth Judicial District Court, Case No. A-20-825298-C;



1
**STIPULATION AND ORDER TO EXTEND TIME**

2. On November 23, 2020, Fidelity removed the action to this Court;

3. On December 3, 2020, Wells Fargo filed a motion to remand and a motion for fees and costs (ECF Nos. 8 and 9);

4. Fidelity's current deadline to respond to the motions is December 31, 2020;

5. Wells Fargo's motions are based upon the forum defendant rule, 28 U.S.C. § 1441;

6. The parties have mutually agreed to extend Fidelity's deadline to respond to Wells Fargo's motions by approximately 30 days, to further evaluate how defendant Great American Title's status as a chapter 7 bankruptcy debtor impacts the motions and the arguments made therein;

7. Wells Fargo does not oppose the extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that Fidelity's deadline to respond to Wells Fargo's motion to remand and a motion for fees and costs (ECF Nos. 8 and 9) is hereby extended through and including Monday, February 1, 2021.

Dated:  December 30, 2020      SINCLAIR BRAUN LLP

By:   /s/-Kevin S. Sinclair
      KEVIN S. SINCLAIR
      Attorneys for Defendants
      FIDELITY NATIONAL TITLE INSURANCE
      COMPANY and FIDELITY NATIONAL
      TITLE GROUP, INC.

Dated:  December 30, 2020      WRIGHT FINLAY & ZAK, LLP

By:   /s/-Darren T. Brenner
      DARREN T. BRENNER
      Attorneys for Plaintiff
      WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2021.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE



2
**STIPULATION AND ORDER TO EXTEND TIME**