```
WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
```
*Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor by Merger to Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A. solely as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., F/K/A NORWEST BANK MINNESOTA, N.A. SOLELY AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; GREAT AMERICAN TITLE; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-02155-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF Nos. 20 & 21]**<br><br>**[First Request]** |

　　　Plaintiff, Wells Fargo Bank, N.A. Successor by Merger to Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A. solely as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 ("Wells Fargo"), Defendant Fidelity National Title Insurance

Company ("FNTIC") and Specially-Appearing Defendant, Fidelity National Title Group, Inc. ("Fidelity" collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 23, 2020, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-20-825298-C [ECF No. 1-1];
2. On November 23, 2020, FNTIC filed its Petition for Removal to this Court [ECF No. 1];
3. On January 25, 2021, FNTIC filed a Motion to Dismiss [ECF No. 20];
4. On January 25, 2021, Fidelity also filed a Motion to Dismiss [ECF No. 21];
5. Wells Fargo's deadline to respond to Defendants' Motions to Dismiss is currently February 8, 2021;
6. Wells Fargo's counsel is requesting an extension until March 9, 2021, to file its response to the pending Motions to Dismiss;
7. This extension is requested to allow Wells Fargo additional time to finalize and file its response to the pending Motions to Dismiss as lead handling counsel for Wells Fargo continues to recover from an unexpected medical emergency.
8. Counsel for Defendants does not oppose the requested extension;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 8th day of February, 2021. | DATED this 8th day of February, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Robbins* | */s/ Kevin S. Sinclair* |
| Lindsay D. Robbins, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Ventura Boulevard, Suite 400 |
| Las Vegas, NV 89117 | Encino, California 91436 |
| *Attorneys for Plaintiff, Wells Fargo Bank, N.A. Successor by Merger to Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A. solely as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1* | *Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this  8th   day of February, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court