Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br> Defendants. | Case No.: 2:20-CV-02155-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS (ECF Nos. 20, 21)** <br><br> **FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Fidelity National Title Insurance Company ("Fidelity") (collectively, "Defendants") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1. On November 23, 2020, Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On November 23, 2020, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On January 25, 2021, FNTG and Fidelity moved to dismiss Wells Fargo's complaint. (ECF Nos. 20, 21);

4. On May 10, 2021, Wells Fargo filed its opposition to FNTG's motion to dismiss (ECF No. 40) and Fidelity's motion to dismiss (ECF No. 41) Wells Fargo also filed a countermotion for partial summary judgment in response to Fidelity's motion to dismiss. (ECF No. 42);

5. Defendants' respective replies supporting their motions to dismiss are due on May 17, 2021, while Fidelity's response to Wells Fargo's countermotion for partial summary judgment is due on May 31, 2021;

6. Counsel for Defendants are requesting a two-week extension of their deadline to file their respective replies supporting their motions to dismiss, through and including May 31, 2021, (such that FNTG's reply, Fidelity's reply, and Fidelity's opposition to the countermotion are all due on May 31, 2021) to afford Defendants' counsel additional time to review and respond to Wells Fargo's various oppositions.

7. Counsel for Wells Fargo does not oppose the requested extension;

//
//
//
//
//
//
//
//
//

8. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants deadline to file their respective replies to their motions to dismiss are hereby extended through and including May 31, 2021.

Dated: May 13, 2021					SINCLAIR BRAUN LLP


							By:   */s/-Kevin S. Sinclair*
							       KEVIN S. SINCLAIR
							       Attorneys for Defendants
							       FIDELITY NATIONAL TITLE GROUP,
							       INC. and FIDELITY NATIONAL TITLE
							       INSURANCE COMPANY

Dated: May 13, 2021					WRIGHT, FINLAY & ZAK, LLP


							By:   */s/-Lindsay D. Robbins*
							       LINDSAY D. ROBBINS
							       Attorneys for Plaintiff
							       WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

   Dated this  18th  day of      May     , 2021.

							_____
							RICHARD F. BOULWARE
							UNITED STATES DISTRICT JUDGE