Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br> Defendants. | Case No.: 2:20-CV-02155-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS AND TO OPPOSE COUNTERMOTION FOR SUMMARY JUDGMENT (ECF Nos. 20, 21, and 42)** <br><br> **SECOND REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Fidelity National Title Insurance Company ("Fidelity") (collectively, "Defendants") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1

**STIPULATION AND ORDER EXTENDING TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**

1. On November 23, 2020, Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On November 23, 2020, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On January 25, 2021, FNTG and Fidelity moved to dismiss Wells Fargo's complaint. (ECF Nos. 20, 21);

4. On May 10, 2021, Wells Fargo filed its opposition to FNTG's motion to dismiss (ECF No. 40) and Fidelity's motion to dismiss (ECF No. 41) Wells Fargo also filed a countermotion for partial summary judgment in response to Fidelity's motion to dismiss. (ECF No. 42);

5. On May 19, 2021, the Court granted the Parties stipulation to continue Defendants' deadline to file their reply memoranda to Monday, May 31, 2021, so that it would coincide with Fidelity's deadline to oppose Wells Fargo's countermotion. (ECF No. 45);

6. Defendants are requesting a further two-week extension of their deadline to file their respective replies supporting their motions to dismiss (ECF Nos. 20 and 21), as well as their opposition to the countermotion (ECF No. 42), through and including June 14, 2021, to afford Defendants' counsel additional time to review and respond to Wells Fargo's various contentions.

7. Counsel for Wells Fargo does not oppose the requested extension;

//
//
//
//
//
//
//
//
//
//



2
**STIPULATION AND ORDER EXTENDING TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**

8. This is the second request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Defendants deadline to file their respective replies in support of their motions to dismiss (ECF Nos. 20 and 21), as well as their deadline to oppose Wells Fargo's countermotion for partial summary judgment (ECF No. 42), are hereby extended through and including June 14, 2021.

Dated: May 24, 2021    SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE GROUP,
    INC. and FIDELITY NATIONAL TITLE
    INSURANCE COMPANY

Dated: May 24, 2021    WRIGHT, FINLAY & ZAK, LLP

By: _/s/-Christina V. Miller_
    CHRISTINA V. MILLER
    Attorneys for Plaintiff
    WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this __28th__ day of __May__, 2021.

_____
RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE



3
**STIPULATION AND ORDER EXTENDING TIME TO REPLY IN SUPPORT OF MOTIONS TO DISMISS**